THE CITY OF NEW YORK, Appellant, *v.* HENRY L. BELL, Respondent.

*Real property — title — ejectment — failure to record deed.*

*City of New York* v. *Bell*, 205 App. Div. 855, affirmed.

(Argued October 5, 1923; decided October 23, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1923, affirming a judgment in favor of defendant entered upon a verdict. The action was in ejectment. Plaintiff makes its claim upon a deed dated May 1, 1878, but not recorded until June 28, 1917. Defendant claimed title under a deed from the same grantor dated September 13, 1906, and recorded November 16, 1906.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Elliot S. Benedict* and *Robert J. Culhane* of counsel), for appellant.

*Lynn C. Norris* and *Arthur P. Hilton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.